

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2014

No. 04-14-00013-CV

**IN THE INT OF AJL, ARL, AAR, AND BNG**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02031
Honorable Richard Garcia, Judge Presiding

# O R D E R

There are two appellants in this appeal from a judgment terminating parental rights, Abel Ozano and Ernestino Esparza. Appellate counsel for each appellant filed separate motions to withdraw and separate briefs pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which counsel state there are no meritorious issues to raise on appeal. Both attorneys stated they informed their client of the right to review the record and file their own brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

On March 26, 2014, this court issued an order allowing Mr. Lozano and/or Ms. Esparza to file their own pro se brief on or before April 25, 2014. On April 29, 2014, we granted Ms. Esparza an extension of time until May 19, 2014, and cautioned her that no further extensions of time would be granted. On May 19, 2014, Ms. Esparza requested an additional thirty-day extension of time, stating she has now retained an attorney to file a brief for her. On May 20, 2014, Mr. William L. Baskette filed a Notice of Representation.

If Mr. Baskette believes there are meritorious issues to be raised on Ms. Esparza's behalf he must file, no later than June 16, 2014: (1) a motion to substitute counsel, (2) a motion to strike the *Anders* brief filed by appointed counsel, and (3) a brief on the merits.

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." Tex. R. Jud. Adm. 6.2(a). This accelerated appeal from the termination of appellant's parental rights has been pending since the notice of appeal was filed in the trial court on January 22, 2014. Therefore, if Mr. Baskette does not file the motions and a brief on the merits by June 16, 2014, this appeal will be set at issue without benefit of a brief from Ms. Esparza. **NO FURTHER EXTENSIONS OF TIME IN WHICH TO FILE A BRIEF WILL BE CONSIDERED OR GRANTED.**

We further order the clerk of this court to serve a copy of this order on appellants and all counsel.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2014.

Keith E. Hottle
Clerk of Court